# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Thi Phuoc Tran, | No. CV-26-02206-PHX-JJT (MTM) |
| Petitioner, | **ORDER** |
| v. | |
| Todd M. Lyons, *et al.*, | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.)  The Court directed Respondents to answer the Petition. (Doc. 3.)  In their Response, Respondents state "Respondents do not oppose Petitioner's request for release at this time." (Doc. 11.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

. . .

. . .

. . .

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 27th day of April, 2026.

Honorable John J. Tuchi
United States District Judge